IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT BENDER, et ux.  *

    Plaintiffs  *

    vs.  * CIVIL ACTION NO. MJG-18-979

ELMORE & THROOP, P.C.  *

    Defendant  *

\*   \*   \*   \*   \*   \*   \*   \*   \*

MEMORANDUM AND ORDER

The Court has before it Defendant's Motion to Dismiss, Or In The Alternative, Motion for Summary Judgment [ECF No. 9], the Amended Complaint and Demand for Jury Trial [ECF No. 10], and Defendant's Motion to Dismiss Amended Complaint, Or In The Alternative, Motion for Summary Judgment [ECF No. 12] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary at this time.

It appears that the Amended Complaint renders moot the motion seeking dismissal of the original Complaint.

Accordingly:

1. Defendant's Motion to Dismiss, Or In The Alternative, Motion for Summary Judgment [ECF No. 9] is DENIED AS MOOT.

2. Defendant's Motion to Dismiss Amended Complaint, Or In The Alternative, Motion for Summary Judgment [ECF No. 12] remains pending.

3. The Court shall decide whether to set the motion for argument after it is fully briefed.

SO ORDERED, this Friday, June 22, 2018.

/s/
Marvin J. Garbis
United States District Judge