IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT L. BENDER and DEBORAH A. BENDER, | * | |
| | * | |
| Plaintiffs, | * | Civil No. CCB-18-979 |
| | * | |
| v. | * | |
| | * | |
| ELMORE & THROOP, P.C. | * | |
| | * | |
| Defendant. | * | |
| | *** | |

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The defendant's motion to dismiss (ECF No. 12), is **GRANTED**;

2. this case is **DISMISSED** with prejudice;

3. the Clerk shall **CLOSE** this case; and

4. the Clerk shall **SEND** a copy of this Order and accompanying Memorandum to counsel of record.

3/25/19
Date

_____
Catherine C. Blake
United States District Judge