# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**ROBERT L. BENDER and**   \*
**DEBORAH A. BENDER,**
                            \*

*Plaintiffs,*
                            \*       Civil No.: 1:18-cv-979-CCB

v.
                            \*

**ELMORE & THROOP, P.C.,**
                            \*

*Defendant.*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEAL

Notice is hereby given that Robert L. Bender and Deborah A. Bender, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the March 25, 2019, order that granted Defendant's Motion to Dismiss and dismissed this action with prejudice.

A copy of the Court's order and the memorandum accompanying the order are attached hereto.

This 27th day of March, 2019.

                                                Respectfully Submitted,

                                                *E. David Hoskins*
                                                E. David Hoskins, Esq., No. 06705
                                                THE LAW OFFICES OF
                                                E. DAVID HOSKINS, LLC
                                                16 E. Lombard St., Ste. 400
                                                Baltimore, Maryland 21202
                                                davidhoskins@hoskinslaw.com

## **CERTIFICATE OF SERVICE**

I certify that on March 27, 2019, I served a copy of the foregoing through the Court's ECF/CM system on all counsel of record.

> <u>*/s/ E. David Hoskins*</u>
> E. David Hoskins, Esq.