FILED: March 29, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1325
(1:18-cv-00979-CCB)

_____

ROBERT L. BENDER; DEBORAH A. BENDER

      Plaintiffs - Appellants

v.

ELMORE & THROOP, P.C.

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:18-cv-00979-CCB |
| Date notice of appeal filed in originating court: | 03/27/2019 |
| Appellant(s) | Robert L. Bender; Deborah A. Bender |
| Appellate Case Number | 19-1325 |
| Case Manager | T. Fischer<br>804-916-2704 |